FILED

05/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0084

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0084

FILED

MAY 1 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

FAYE JACKSON, an individual,
and as Personal Representative of the
Estate of Edna Balkoski, Deceased,

        Appellant,

    v.

STEVEN BALKOSKI, an individual,

        Appellee.

O R D E R

Appellee Steven Balkoski, via counsel, moves to strike portions of the Opening Brief of Appellant Faye Jackson. Balkoski argues that Jackson's brief improperly refers to documents that were not before the District Court at the time it issued the order appealed from and are therefore not properly considered part of the record before this Court on appeal under M. R. App. P. 8(1). Balkoski alleges these documents—specifically a Declaration of Severance of Joint Tenancy and a Quitclaim Deed—only became part of the record when Jackson attached them as exhibits to her post-decision motion to stay the District Court's order pending appeal.

Jackson responds that the documents at issue became part of the record when Balkoski himself provided them as exhibits to a motion for *lis pendens* which he filed in this case nearly four years prior to the court issuing its dispositive ruling.

M. R. App. P. 8(1) provides, in part, that the record on appeal includes "the original papers and exhibits filed in the district court." The Court has examined the record and determined that Jackson is correct: Balkoski attached these documents to his March 18, 2020 Defendant's Motion for Court Approval of Notice of Legal Action (*Lis* Pendens) and Brief in Support. Although Balkoski may argue as to the weight this Court should give

these documents, they are properly before this Court as part of the record on appeal and the parties are not precluded from discussing them in their respective briefs.

IT IS THEREFORE ORDERED that Appellee's motion to strike certain references in Appellant's Opening Brief is DENIED.

The Clerk is directed to give notice of this Order to all counsel of record.

Dated this 10ᵗʰ day of May, 2024.

For the Court,

By _____
Chief Justice

2